413 A.2d 384

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant,**

v.

**Walker KEMP, Appellee.**

Supreme Court of Pennsylvania.

Submitted March 3, 1980.

Decided April 25, 1980.

Robert A. Greevy, Asst. Atty. Gen., Pa. Bd. of Probation and Parole, Harrisburg, for appellant.

Walker Kemp, in pro per.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Order affirmed.